IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KEITH T. BROWN,<br>[DOB: 10/07/1988]<br><br>　　　　　　　Defendant. | Case No. _____<br><br>***Felon in Possession of a Firearm***<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

On or about June 3, 2021, in the Western District of Missouri, the defendant, KEITH T. BROWN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Smith & Wesson, Model 5906, 9mm caliber, semi-automatic pistol, bearing serial number TFM8325, and said firearm had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

　　　　　　　　　　　　　　　　　　　　　A TRUE BILL.

6/22/2021　　　　　　　　　　　　　　　　 */s/ Kathleen Shaw*
DATE　　　　　　　　　　　　　　　　　　 FOREPERSON OF THE GRAND JURY


*/s/ Sarah J. Rasalam*
Sarah J. Rasalam
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri