IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-00147-01-CR-W-DGK |
| | ) |
| KEITH T. BROWN, | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

On July 6, 2021, counsel for Defendant Keith Brown filed a motion pursuant to 18 U.S.C. § 4241 for a determination of Defendant's mental competency to stand trial. Doc. 18. On July 8, 2021, the Court granted the motion. Doc. 19. The Court directed a psychological or psychiatric examination of Defendant be conducted and the report be filed with the Court pursuant to 18 U.S.C. § 4247(b). *Id*.

Defendant was designated to the Metropolitan Correctional Center – Chicago for psychiatric evaluation. By letter dated October 12, 2021, the Warden of said facility requested an extension to complete the examination. This Court granted the requested extension and ordered the examination report to be sent to the Court no later than November 20, 2021. Doc. 20. On December 2, 2021, the Court received a psychological report from Jason Dana, Psy.D., who concluded Defendant was incompetent to proceed. Doc. 21.[1] In particular, Dr. Dana noted Defendant currently "appears to be suffering from a severe mental disease, Schizophrenia" and "his ability to understand the legal proceedings and to properly assist his counsel appear to be

---

[1] A copy of the report was provided to and reviewed by counsel for Defendant and the Government. *See* Doc. 24 at 3.

noticeably impaired as a result of disorganized thinking associated with the mental illness." *Id.* at 10.

On January 6, 2022, a hearing was held pursuant to 18 U.S.C. § 4247(d) for the purpose of determining Defendant's mental competency to stand trial. Doc. 23-24. Counsel for the Government, Sarah Rasalam, counsel for Defendant, Razmi Tahirkheli, and Defendant all appeared in person. Counsel for the Government and counsel for Defendant stipulated that the Court could consider Dr. Dana's psychological report as if Dr. Dana had appeared in person and testified under oath. Doc. 24 at 3-4. No additional evidence was offered by the Government or by Defendant. *Id.* at 4.

Based on the record before the Court, and the uncontroverted findings of Dr. Dana, it is

RECOMMENDED that the District Court, after conducting its own independent review of the record, find that Defendant Keith Brown is incompetent to understand the nature and consequence of the proceedings against him and assist properly in his defense. It is

RECOMMENDED that, pursuant to 18 U.S.C. § 4241(d), the Court enter an order committing Defendant Brown to the custody of the Attorney General for hospitalization and treatment in a suitable facility for a reasonable time up to 120 days to determine whether there is a substantial probability that in the foreseeable future, Defendant will attain the capacity to permit the trial to proceed.

Counsel are reminded they have fourteen days in which to file any objections to this Report and Recommendation. A failure to file and serve objections by this date shall bar an attack on appeal of the factual findings in this Report and Recommendation except on the grounds of plain error or manifest injustice.

DATE: January 10, 2022         */s/ W. Brian Gaddy*
                                                  W. BRIAN GADDY
                                                  UNITED STATES MAGISTRATE JUDGE