# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-cr-00147-DGK-1 |
| KEITH T. BROWN, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Now before the Court is the Honorable Magistrate Judge W. Brian Gaddy's Report and Recommendation that Defendant Keith T. Brown is not competent to stand trial. ECF No. 91.

On September 10, 2024, Dr. Kristin Conlon issued a forensic evaluation report finding Defendant currently is not competent to stand trial. ECF No. 86. On October 16, 2024, Judge Gaddy conducted a competency hearing wherein the parties stipulated that Dr. Conlon would testify consistent with her report if she had testified at the hearing. ECF Nos. 90, 92.

On October 16, 2024, Judge Gaddy entered a Report and Recommendation that Defendant is presently incompetent to stand trial. ECF No. 91. Neither party has filed an objection to the Report and Recommendation, and the time to do so has now passed.

After an independent, de novo review of the record and law, the Court ADOPTS the Report and Recommendation in its entirety, and the Court finds Defendant is not competent to understand the nature and consequence of the proceedings against him and assist properly in his defense.

**IT IS SO ORDERED.**

Date: November 8, 2024         /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT