**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 21-00147-01-CR-W-DGK |
| v. | ) | |
| | ) | |
| KEITH T. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

Now before the Court is the Honorable Magistrate Judge W. Brian Gaddy's Report and Recommendation that Defendant Keith T. Brown is not competent to stand trial. ECF No. 109.

On November 8, 2024, the Court adopted in its entirety Judge Gaddy's Report and Recommendation that Defendant was not competent to stand trial. ECF No. 93. Defendant was committed to the custody of the Attorney General for hospitalization and to determine whether there was a substantial probability Defendant would attain the capacity to stand trial in the foreseeable future.

On September 30, 2025, Judge Gaddy held a status conference to review a psychiatric report issued by Dr. Miriam Kissin, which requested an additional period of competency restoration. ECF No. 103 at 2. Over Defendant's objection, Judge Gaddy ordered Defendant hospitalized for additional treatment to restore his mental condition and enable him to stand trial. *Id.* at 3.

On February 17, 2026, Judge Gaddy held a competency hearing based on an updated psychiatric report by Dr. Kissin. Neither party challenged the report, which found that

1

Defendant's competency remains significantly compromised by symptoms of mental illness. ECF No. 106.

On February 17, 2026, Judge Gaddy issued a Report and Recommendation. Neither party has objected to the Report and Recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Gaddy is adopted in its entirety. This court finds Defendant is not competent to stand trial at the present time. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 4246(b) and 4247(b), Defendant undergo a psychiatric or psychological examination, conducted by a licensed or certified psychiatrist or psychologist employed by FMC – Devens, to determine whether Defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another. It is further

ORDERED that Defendant remain in the custody of the Attorney General for a period of forty-five days, unless that time is extended for an additional period of time not to exceed thirty days upon a showing of good cause that the additional time is necessary to observe, evaluate, and examine Defendant. It is further

ORDERED that the examining psychiatrist or psychologist promptly prepare a report for filing with the Court.

**IT IS SO ORDERED.**

Date:   March 18, 2026       /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT

2